ANDREW Y. CHOUNG, ESQ. (Bar No. 203192)
andrew.choung@echelaw.com
ECHELON LAW GROUP, PC
580 California Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 830-9463

Attorneys for Defendant,
MedApps, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT BOSCH HEALTHCARE SYSTEMS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MEDAPPS, INC.,<br><br>Defendants, | CASE NO. 3:12-cv-00113-~~JSC~~  RS<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT MEDAPPS, INC.;**<br>**~~PROPOSED~~ ORDER** |

Pursuant to Rule 11-5 of the Local Rules of the United States District Court for the Northern District of California, the undersigned requests that Andrew Y. Choung of the Echelon Law Group, PC ("Echelon"), currently listed as counsel of record for Defendant MedApps, Inc., be withdrawn as counsel in this case.

Michael Louis Gencarella of Womble Carlyle Sandridge & Rice LLP has noticed appearance in substitution of Echelon on behalf of Defendant MedApps, Inc. Counsel of record for Plaintiff has sounded no objection to Echelon's withdrawal.

Dated: March 21, 2012                ECHELON LAW GROUP, PC


By: /s/ Andrew Y. Choung
     Andrew Y. Choung
     Attorneys for Defendant,
     MedApps, Inc.

1  The above withdrawal and substitution of counsel is approved and so ORDERED.

2  Dated: 4/3/12

3  _____
4  JUDGE OF THE UNITED STATES DISTRICT COURT