IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT BOSCH HEALTHCARE SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MEDAPPS, INC.,<br><br>Defendant.<br>_____/ | No. C 12-00113 RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a Case Management Conference was held on May 24, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record and good cause appearing, IT IS HEREBY ORDERED THAT:

1. ALTERNATIVE DISPUTE RESOLUTION.

MEDIATION. This matter is referred to mediation to be completed within 120 days of the date of this order.

2. DISCOVERY. On or before April 19, 2013, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

3. ELECTRONIC DISCOVERY. The exchange of all electronically stored information shall be governed by the Model Order on E-Discovery in Patent Cases with any modifications to which the parties stipulate.

4. EXPERT WITNESSES. The disclosure and discovery of expert witness opinions shall proceed as follows:

A. On or before May 17, 2013, the parties shall exchange all expert reports.

B. On or before June 14, 2013, the parties shall exchange all rebuttal expert reports.

C. On or before July 19, 2013, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

5. CLAIM CONSTRUCTION SCHEDULING.

A. All invalidity contentions shall be due no later than **July 20, 2012**.

B. The parties shall exchange proposed terms for construction no later than **August 3, 2012** in accordance with Patent L.R. 4-1(b).

C. The parties shall exchange preliminary claim constructions and extrinsic evidence no later than **August 24, 2012**.

D. The parties shall file their joint claim construction and prehearing statement no later than **September 18, 2012**.

E. Claim construction discovery shall be completed no later than **October 18, 2012**.

F. The opening claim construction brief must be submitted no later than **November 2, 2012**.

G. The responsive claim construction brief with support must be submitted no later than **November 16, 2012**.

H. The claim construction reply brief must be submitted no later than **November 26, 2012**.

I. A Claim Construction Hearing shall take place in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, California on **December 12, 2012 at 10:00 a.m.**

IT IS SO ORDERED.

Dated: 5/25/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

CASE MANAGEMENT SCHEDULING ORDER