WOMBLE CARLYLE SANDRIDGE & RICE, LLP
Behrooz Shariati (#174436)
Email: bshariati@wcsr.com
10050 North Wolfe Road, Suite 260
Cupertino, CA 95014
Telephone: (408) 341-3040

Malcolm K. McGowan (admitted *pro hac vice*)
Email: mmcgowan@wcsr.com
Christine H. Dupriest (admitted *pro hac vice*)
Email: cdupriest@wcsr.com
1200 Nineteenth St. NW, Suite 500
Washington, DC 20036
Telephone: (202) 857-4572

KING AND SPALDING
William F. Abrams (#88805)
Email: babrams@kwlaw.com
333 Twin Dolphin Drive, Suite 400
Redwood Shores, California 94065
Telephone: (650) 590-0703

Attorneys for Defendant/Counterclaimant
MEDAPPS, INC.

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BOSCH HEALTHCARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> MEDAPPS, INC., <br><br> Defendant <br><hr> MEDAPPS, INC., <br><br> Counterclaimant, <br><br> v. <br><br> ROBERT BOSCH HEALTHCARE SYSTEMS, INC., <br><br> Counterclaim-Defendant | Case No.: CV 12-00113-RS <br><br><br><br><br> **JOINT MOTION FOR LEAVE TO EXTEND DATE OF THE MEDIATION CONFERENCE** |

Defendant /Counterclaimant MedApps, Inc. ("MedApps") and Plaintiff/Counterclaim Defendant Robert Bosch Healthcare Systems, Inc. ("Bosch," together with MedApps, the "Parties") by and through their undersigned counsel, respectfully move this Court to extend the deadline for the Mediation Conference by one month.  In support of this Motion, the Parties respectfully state the following:

1. On May 25, 2012, the Court entered the Case Management Scheduling Order [Docket No. 44].  The Court set the deadline for the mediation to be completed within 120 days of the entry of this Order, or by September 24, 2012.

2. On June 15, 2012, the Court appointed A. James Isbester as Mediator (the "Mediator") in this case [Docket No. 45].

3. On July 16, 2012, a pre-mediation teleconference was held with the Mediator and all Parties.  At that time, the Mediator was informed that MedApps has recently merged with Alere, Inc. ("Alere").  Alere has a license for each of the Patents-in-Suit.  In light of this merger and on-going informal settlement discussions, the parties postponed scheduling and other substantive discussions to a second pre-mediation teleconference to be held on August 16, 2012.

4. On August 16, 2012, the second pre-mediation teleconference was held with the Mediator and all Parties.  During that call, a formal mediation was scheduled for October 19, 2012 in San Francisco, California, with briefs to be due on October 16, 2012.  This date was chosen to accommodate the Parties' schedules as well as to allow limited discovery related to alleged damages to occur prior to the mediation.

5. Good cause exists to extend the date for mediation to be completed by thirty (30) days to accommodate these needs.

WHEREFORE, the Parties jointly request that deadline for the Mediation Conference be extended for thirty (30) days from September 24, 2012, to and including, October 24, 2012.

JOINT MOTION FOR LEAVE TO EXTEND DATE OF THE MEDIATION CONFERENCE
CASE NO: CV12-00113 RS

| | | |
|---|---|---|
| 1 | DATED: August 21, 2012 | WOMBLE CARLYLE SANDRIDGE & RICE LLP |
| 2 | By: | /s/ *Christine H. Dupriest* |

Malcolm K. McGowan (admitted *pro hac vice*)
Christine H. Dupriest (admitted *pro hac vice*)
1200 Nineteenth St., NW, Suite 500
Washington, DC 20036
Telephone: (202) 857-4572
Facsimile: (202) 261-0033
Email: mmcgowan@wcsr.com
Email: cdupriest@wcsr.com

Behrooz Shariati (State Bar No. 174436)
10050 North Wolfe Road, Suite 260
Cupertino, CA 95014
Telephone: (408) 341-3040
Facsimile: (408) 703-5440
Email: bshariati@wcsr.com

William F. Abrams (State Bar No. 88805)
KING & SPALDING
333 Twin Dolphin Drive, Suite 400
Redwood Shores, California 94065
Telephone: (650) 590-0703
Facsimile: (650) 590-7779
Email: babrams@kslaw.com

*Attorneys for Defendant and Counterclaimant MEDAPPS, INC.*

DORSEY & WHITNEY LLP

By:     */s/ Patricia A. Welch*
Patricia A. Welch (State Bar No. 127889)
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Email: welch.patricia@dorsey.com

Douglas F. Stewart (admitted *pro hac vice*)
Todd S. Fairchild (admitted *pro hac vice*)
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: (206) 903-8800
Email: stewart.douglas@dorsey.com
Email: fairchild.todd@dorsey.com

*Attorney for Plaintiff Robert Bosch Healthcare Systems, Inc.*

**[PROPOSED] ORDER**

The Court, having considered the parties' above Joint Motion for Leave to Extend Date of the Mediation Conference, it is this  21  day of  August  , 2012, by the United States District Court for the Northern District of California, ORDERED that:

1. The motion is GRANTED; and

2. The date by which the Mediation Conference is to be held is hereby extended from September 24, 2012 to October 24, 2012.

_____
Judge Richard Seeborg
United States District Judge

JOINT MOTION FOR LEAVE TO EXTEND DATE OF THE MEDIATION CONFERENCE
CASE NO: CV12-00113 RS