| | |
|---|---|
| 1 | WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br>Behrooz Shariati (#174436) |
| 2 | Email: bshariati@wcsr.com<br>10050 North Wolfe Road, Suite 260 |
| 3 | Cupertino, CA 95014<br>Telephone: (408) 341-3040 |
| 4 | Malcolm K. McGowan (admitted *pro hac vice*) |
| 5 | Email: mmcgowan@wcsr.com<br>Christine H. Dupriest (admitted *pro hac vice*) |
| 6 | Email: cdupriest@wcsr.com<br>1200 Nineteenth St. NW, Suite 500 |
| 7 | Washington, DC 20036<br>Telephone: (202) 857-4572 |
| 8 | KING AND SPALDING |
| 9 | William F. Abrams (#88805)<br>Email: babrams@kwlaw.com |
| 10 | 333 Twin Dolphin Drive, Suite 400<br>Redwood Shores, California 94065 |
| 11 | Telephone: (650) 590-0703 |
| 12 | Attorneys for Defendant/Counterclaimant<br>MEDAPPS, INC. |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT BOSCH HEALTHCARE SYSTEMS INC.,<br><br>           Plaintiff,<br><br>    v.<br><br>MEDAPPS, INC.,<br>           Defendant | Case No.: CV 12-00113-RS<br><br><br><br>**SECOND JOINT MOTION FOR LEAVE TO EXTEND DATES OF THE CLAIM CONSTRUCTION BRIEFING** |
| MEDAPPS, INC.,<br><br>           Counterclaimant,<br><br>    v.<br><br>ROBERT BOSCH HEALTHCARE SYSTEMS, INC.,<br><br>           Counterclaim-Defendant | |

-1-

Defendant/Counterclaimant MedApps, Inc. ("MedApps") and Plaintiff/Counterclaim Defendant Robert Bosch Healthcare Systems, Inc. ("Bosch," together with MedApps, the "Parties") by and through their undersigned counsel, respectfully move this Court to extend the remaining dates for claim construction briefing by three weeks and to remove the Claim Construction Hearing from the Court's calendar. In support of this Motion, the Parties respectfully state the following:

1. On May 25, 2012, the Court entered the Case Management Scheduling Order [Docket No. 44]. This Order set the Claim Construction Hearing for this matter for December 12, 2012 at 10:00 a.m.
2. On November 2, 2012, Bosch filed its opening claim construction brief.
3. On November 20, 2012, in response to a joint motion by the Parties intended to facilitate renewed settlement discussions, the Court extended the deadlines for claim construction briefing [Docket No. 57] as follows:
    a. MedApps' responsive claim construction brief to be submitted no later than November 30, 2012; and
    b. Bosch's claim construction reply brief to be submitted no later than December 7, 2012.
4. Over the last two weeks, the parties have made significant progress towards a negotiated settlement of their dispute. To allow the Parties to focus on settlement negotiations, and in the hope of avoiding further fees and litigation expenses, the Parties respectfully request that the Court extend the remaining claim construction deadlines and remove the currently scheduled Claim Construction Hearing from the Court's calendar.
5. The Parties will jointly contact the Court to reschedule the Claim Construction Hearing at the conclusion of the requested three week extension should the settlement negotiations fail to resolve this matter by that time.

1  WHEREFORE, the Parties jointly request that the remaining claim construction deadlines be amended as follows:

    a. The date by which MedApps must file its responsive claim construction brief be extended from November 30, 2012 to December 21, 2012;

    b. The date by which Bosch must file its claim construction reply brief be extended from November 26, 2012 to January 4, 2013;

    c. The Claim Construction Hearing, scheduled for December 12, 2012 at 10:00 a.m. be removed from the Court's calendar.

No other deadlines in this case are affected by this motion.

SECOND JOINT MOTION FOR LEAVE TO EXTEND DATES OF THE CLAIM CONSTRUCTION BRIEFING
CASE NO: CV12-00113 RS

DATED: November 30, 2012    WOMBLE CARLYLE SANDRIDGE & RICE LLP

By:   /s/ *Christine H. Dupriest*
Malcolm K. McGowan (admitted *pro hac vice*)
Christine H. Dupriest (admitted *pro hac vice*)
1200 Nineteenth St., NW, Suite 500
Washington, DC 20036
Telephone: (202) 857-4572
Facsimile: (202) 261-0033
Email: mmcgowan@wcsr.com
Email: cdupriest@wcsr.com

Behrooz Shariati (State Bar No. 174436)
10050 North Wolfe Road, Suite 260
Cupertino, CA  95014
Telephone: (408) 341-3040
Facsimile: (408) 703-5440
Email: bshariati@wcsr.com

William F. Abrams (State Bar No. 88805)
KING & SPALDING
333 Twin Dolphin Drive, Suite 400
Redwood Shores, California 94065
Telephone: (650) 590-0703
Facsimile: (650) 590-7779
Email:  babrams@kslaw.com

*Attorneys for MedApps, Inc.*

DORSEY & WHITNEY LLP

By:   /s/ *Douglas F. Stewart*
Douglas F. Stewart (admitted *pro hac vice*)
Todd S. Fairchild (admitted *pro hac vice*)
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: (206) 903-8800
Email: stewart.douglas@dorsey.com
Email: fairchild.todd@dorsey.com

Patricia A. Welch (State Bar No. 127889)
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Email:  welch.patricia@dorsey.com

*Attorneys for Robert Bosch Healthcare Systems, Inc.*

## [~~PROPOSED~~] ORDER

The Court, having considered the parties' above Second Joint Motion for Leave to Extend Dates of the Claim Construction Briefing, it is this 30th day of November, 2012, by the United States District Court for the Northern District of California, ORDERED that:

1. The motion is GRANTED;
2. The remaining claim construction deadlines set forth in the Case Management Scheduling Order [Doc. No. 44] are hereby amended as follows:
    a. The date by which MedApps must file its responsive claim construction brief is extended from November 30, 2012 to December 21, 2012;
    b. The date by which Bosch must file its claim construction reply brief is extended from December 7, 2012 to January 4, 2013; and
    c. The Claim Construction Hearing, currently scheduled for December 12, 2012 at 10:00 a.m., is removed from the Court's calendar.
3. The parties are to contact the Court on or before December 21, 2012 to reschedule the Claim Construction Hearing should settlement negotiations fail to resolve this matter by that date.
4. No other deadlines in this case are affected by this order.

_____
Judge Richard Seeborg
United States District Judge

-5-

SECOND JOINT MOTION FOR LEAVE TO EXTEND DATES OF THE CLAIM CONSTRUCTION BRIEFING
CASE NO: CV12-00113 RS