WOMBLE CARLYLE SANDRIDGE & RICE, LLP
Behrooz Shariati (#174436)
Email: bshariati@wcsr.com
10050 North Wolfe Road, Suite 260
Cupertino, CA 95014
Telephone: (408) 341-3040

Malcolm K. McGowan (admitted *pro hac vice*)
Email: mmcgowan@wcsr.com
Christine H. Dupriest (admitted *pro hac vice*)
Email: cdupriest@wcsr.com
1200 Nineteenth St. NW, Suite 500
Washington, DC 20036
Telephone: (202) 857-4572

KING AND SPALDING
William F. Abrams (#88805)
Email: babrams@kwlaw.com
333 Twin Dolphin Drive, Suite 400
Redwood Shores, California 94065
Telephone: (650) 590-0703

Attorneys for Defendant/Counterclaimant
MEDAPPS, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT BOSCH HEALTHCARE SYSTEMS INC., <br><br>    Plaintiff, <br><br> v. <br><br> MEDAPPS, INC., <br>    Defendant <br><br> MEDAPPS, INC., <br><br>    Counterclaimant, <br><br> v. <br><br> ROBERT BOSCH HEALTHCARE SYSTEMS, INC., <br><br>    Counterclaim-Defendant | Case No.: CV 12-00113-RS <br><br> **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |

-1-

The plaintiff, Robert Bosch Healthcare Systems, Inc., and defendant, MedApps, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**SETTLEMENT AGREEMENT**" and dated January 25, 2013, including Section 15 of the Prior Settlement Agreement as referenced therein.  Each of the parties shall bear its own costs and attorneys fees.

DATED: January 25, 2013                WOMBLE CARLYLE SANDRIDGE & RICE LLP

By:    /s/ *Christine H. Dupriest*
       Malcolm K. McGowan (admitted *pro hac vice*)
       Christine H. Dupriest (admitted *pro hac vice*)
       1200 Nineteenth St., NW, Suite 500
       Washington, DC 20036
       Telephone: (202) 857-4572
       Facsimile: (202) 261-0033
       Email: mmcgowan@wcsr.com
       Email: cdupriest@wcsr.com

       Behrooz Shariati (State Bar No. 174436)
       10050 North Wolfe Road, Suite 260
       Cupertino, CA  95014
       Telephone: (408) 341-3040
       Facsimile: (408) 703-5440
       Email: bshariati@wcsr.com

       William F. Abrams (State Bar No. 88805)
       KING & SPALDING
       333 Twin Dolphin Drive, Suite 400
       Redwood Shores, California 94065
       Telephone: (650) 590-0703
       Email:  babrams@kslaw.com

       *Attorneys for MedApps, Inc.*

DORSEY & WHITNEY LLP

By:    */s/ Douglas F. Stewart*_____
Douglas F. Stewart (admitted *pro hac vice*)
Todd S. Fairchild (admitted *pro hac vice*)
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: (206) 903-8800
Email: stewart.douglas@dorsey.com
Email: fairchild.todd@dorsey.com

Patricia A. Welch (State Bar No. 127889)
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Email:  welch.patricia@dorsey.com

*Attorneys for Robert Bosch Healthcare Systems, Inc.*

### [~~PROPOSED~~] ORDER

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Robert Bosch Healthcare Systems, Inc., and defendant, MedApps, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, Robert Bosch Healthcare Systems, Inc., and defendant, MedApps, Inc., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**SETTLEMENT AGREEMENT**" and dated January 25, 2013, including Section 15 of the Prior Settlement Agreement as referenced therein.

Dated: 1/28/13

                                        */s/ Richard Seeborg*
                                   Judge Richard Seeborg
                                   United States District Judge